## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| _____ | : | |
| **BLAINE CAMPBELL,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 13-3251** |
| | : | |
| **HOME DEPOT, INC., STORE #4140,** | : | |
| **HOME DEPOT, USA INC. AND** | : | |
| **THE HOME DEPOT a/k/a HOME DEPOT** | : | |
| **USA UNC.** | : | |
| **Defendants.** | : | |
| _____ | : | |

### ORDER

**AND NOW,** this 15th day of May, 2014, upon consideration of Defendants' "Motion for Summary Judgment" (doc. no. 10), "Motion to Compel Wage Loss Documentation" (doc. no. 7) and Plaintiff's responses, and for the reasons stated in the Court's Memorandum Opinion, it is hereby **ORDERED** that:

- The Motion for Summary Judgment is **GRANTED**.  Judgment is hereby entered in favor of Defendants and against Plaintiff.

- The Motion to Compel Wage Loss Documentation is **DENIED as moot**.

- The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**